FILED  
United States Court of Appeals  
Tenth Circuit

July 5, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

SINCLAIR WYOMING REFINING COMPANY, LLC,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Respondent.

No. 22-9530  
(EPA No. EPA-1)  
(Environmental Protection Agency)

---

## JUDGMENT

---

Before **HARTZ**, **MATHESON**, and **McHUGH**, Circuit Judges.

---

This petition for review originated from the United States Environmental Protection Agency and was argued by counsel.

It is the judgment of the court that the petition is dismissed for lack of jurisdiction.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk