# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| SINCLAIR WYOMING REFINING COMPANY LLC, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, )<br>)<br>Respondent. ) | Case No. _____ |

## PETITION FOR REVIEW

Pursuant to the Administrative Procedure Act, 5 U.S.C. § 706(2); Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1); Rule 15(a) of the Federal Rules of Appellate Procedure; and Tenth Circuit Rule 15, the Sinclair Wyoming Refining Company LLC hereby petitions this Court for review of a final action of the Administrator of the United States Environmental Protection Agency denying Sinclair's request to unretire credits used to demonstrate compliance with the Renewable Fuel Standard program. *See* Exhibit A.

This petition for review is timely filed under 42 U.S.C. § 7607(b)(1). The agency action was taken on April 19, 2022, but was not published in the Federal Register, and therefore became a final agency action on May 3, 2022. *See* 40 C.F.R. § 23.3 (Timing of Administrator's Action under Clean Air Act); 50 Fed.

Reg. 7268, 7269 (Feb. 21, 1985). This Court has jurisdiction, and venue is proper under 42 U.S.C. § 7607(b)(1).

The Corporate Disclosure Statement required by Rule 26.1 of the Federal Rules of Appellate Procedure and Tenth Circuit Rule 26.1 is attached as Exhibit B.

Dated: May 24, 2022

Respectfully submitted,

 */s/ Jeffrey R. Holmstead*
Jeffrey R. Holmstead
Brittany M. Pemberton
BRACEWELL LLP
2001 M Street N.W.
Suite 900
Washington, D.C. 20036
(202) 828-5800 (telephone)
(202) 857-4812 (facsimile)
Jeff.Holmstead@bracewell.com
Brittany.Pemberton@bracewell.com

*Counsel for Petitioner*

# EXHIBIT A

**From:** Weihrauch, John [mailto:Weihrauch.John@epa.gov]
**Sent:** Tuesday, April 19, 2022 6:42 AM
**To:** Mike Remy
**Cc:** FuelsProgramSupport <FuelsProgramSupport@epa.gov>
**Subject:** RE: Urgent- Sinclair Oil Corporation RIN Un-Retirement- JSDEP-4220

Good morning Mike,

My apologies for the delay in responding to you.

Thank you for your inquiry. The direct answer to your question is that the 2018 RINs will not be returned. As you may recall, EPA's January 2021 action granting a small refinery exemption to the Sinclair Wyoming Refinery (SWR) for 2018 and granting exemptions for SWR and the Sinclair Casper Refinery (SCR) for 2019 was immediately challenged. EPA sought voluntary remand and vacatur of the action, which the U.S. Court of Appeals for the Tenth Circuit granted in May 2021. I have attached the court order for your reference. Thus, EPA's April 7, 2022, decision referred only to the original denial of the 2018 SWR petition. The 2018 SWR petition was again denied as part of the April 7 action. As such, the 2018 RINs will not be returned as those are being used to demonstrate compliance with this 2018 RFS obligation.

Please let me know if you have additional questions.

Best regards,
John


**From:** Mike Remy
**Sent:** Saturday, March 6, 2021 3:42 PM
**To:** FuelsProgramSupport <FuelsProgramSupport@epa.gov>
**Cc:** Weihrauch, John <Weihrauch.John@epa.gov>; Sandra Dunphy
**Subject:** FW: Urgent- Sinclair Oil Corporation RIN Un-Retirement- JSDEP-4220

Dear Support Team,

I've been made aware that the temporary stay preventing Sinclair from receiving un-retired RINs tied to our 2018 and 2019 compliance retirement has been vacated. That being the case I would like to receive Sinclair's RINs listed on the attachment as soon as possible. Additional information is below.

This RIN Un-retirement request was originally assigned as JSDEP-4220.

Please advise regarding when this will be accomplished.

Thank you for your assistance,

Michael D. Remy
Renewable Fuels Manager
Sinclair Oil Corporation #4047
550 East South Temple
Salt Lake City, Ut. 84102

**From:** Mike Remy
**Sent:** Wednesday, January 20, 2021 11:04 PM
**To:** 'FuelsProgramSupport@epa.gov' <FuelsProgramSupport@epa.gov>
**Cc:** weihrauch.john@epa.gov; Jung Kim (kim.jung@epa.gov) <kim.jung@epa.gov>
**Subject:** Urgent- Sinclair Oil Corporation RIN Un-Retirement

Dear Support Team,

We have been requested by John Weihrauch to send the following information-

Our company, Sinclair EPA #4047 received notification that our refinery, Sinclair Wyoming Refinery (FID: 03585), has received a Small Refinery Exemption for the 2018 compliance year. In addition, we received notice that both Sinclair Wyoming Refinery (FID: 03585), and Sinclair Casper Refinery (FID: 03580) has received Small Refiner Exemptions for 2019's compliance year.

2018 Notes- In March of 2019 we submitted our 2018 annual compliance report and retired RINs to cover our corporate RVO. Due to an overstatement of our 2018 production volume we revised our RFS0303 report and requested that EPA ███████████████████████████████████████████. We received an exemption for Casper Refinery's RVO (FID: 03580) ███████████████████████████████████████. We are now requesting that EPA unretire the balance of RINs related to the Sinclair Wyoming Refinery (FID: 03585) facility production in 2018. Our 2018 RFS0303 has been resubmitted to account for the recent small refiner exemption for Sinclair Wyoming Refinery.

Note- Sinclair Oil Corporation still has a small obligation due to butane blending.

2018 COMPLIANCE YEAR



| Date of Retirement | Transaction ID | D Code | 2018 RIN Ret. Volume | D Code | 2018 RINs to be Returned |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |

| Date of RIN Unretirement | | | | | |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | | ███ |

| Date of RIN Unretirement | | | | | |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | | ███ |



Net Retirement

Butane Blending Requirement

RINs to be Returned

2019 Notes- In March of 2020 we submitted our 2019 annual compliance report ████████. Due to exemptions for Sinclair Wyoming Refinery and Casper Refinery we are now requesting that EPA unretire all RINs retired for 2019's compliance with the exception of RINs needed to cover our butane blending operation, ████████. The balance of RINs needing to be unretired ████████.

Our 2019 RFS0303 has been resubmitted to account for both recent small refiner exemptions for Sinclair Wyoming Refinery and Casper Refinery.

Note- Sinclair Oil Corporation still has a small obligation due to butane blending.

2019 COMPLIANCE YEAR

| Date of Retirement | Transaction ID | D Code | 2018 RIN Ret. Volume | D Code | 2018 RINs to be Returned | Date of Retirement | Transaction ID | D Code | 2019 RIN Ret. Volume | D Code | 2019 RINs to be Returned |
|---|---|---|---|---|---|---|---|---|---|---|---|





Butane Blending



2018 RINs to be Returned



Thank you for your assistance,

Michael D. Remy
Renewable Fuels Manager
Sinclair Oil Corporation #4047
550 East South Temple
Salt Lake City, Ut. 84102

4

**From:** Monty Bell ███████████████████████
**Sent:** Friday, April 15, 2022 11:55 AM
**To:** FuelsProgramSupport@epa.gov
**Cc:** Mike Remy ███████████████████████
**Subject:** RIN Un-retire Request

Dear EMTS Support Team,

Our company, Sinclair Oil Corporation, filed its 2018 annual RFS0303 report and retired RINs for 2018 annual RFS compliance. We had submitted a SRE for 2018 which was originally approved but the RINs were not unretired and returned to our RIN holdings. With the recent decision to overturn these exemptions but still not require these companies to retire any RINs against their 2018 RVO we are now requesting EPA to unretire the RINs related to our refinery activity. Please consider this letter as our request to EPA to unretire RINs as described below:

| UNRETIRE REQUEST FOR RINs | RETIRED FOR 2018 RFS Compliance |
|---|---|
| | |
| **Company Name** | SINCLAIR OIL CORPORATION |
| **EPA Company ID** | 4047 |
| **Compliance Basis** | Aggregated |
| **Date RINS Retired** | ███████ |
| **RIN Vintage Retired** | 2018 |
| **D codes of RINs** | See table below |
| **RIN Retirement Transaction ID(s)** | See table below |

| RINS RETIRED | FOR 2018 | COMPLIANCE | | | | |
|---|---|---|---|---|---|---|
| | | D3 | D4 | D5 | D6 | D7 |
| | **2018** | | | | | |
| | RINS RETIRED | ███ | ███ | ███ | ███ | ███ |
| | TRANSACTION ID | ███ | ███ | ███ | ███ | ███ |

1

| | <-Total all RINs |
|---|---|

There is an RVO related to our butane blending activities in our Denver terminal and we are not requesting RINs related to this RVO be unretired. The volume of butane that was blended into gasoline in 2018 was ▮▮▮▮. Please see summary below related to this RVO:

| Category | D-Codes | EPA Percentages | 2018 RINs retired |
|---|---|---|---|
| Cellulosic | D3 | 0.16% | ▮ |
| Bio-Mass Diesel | D4 | 1.74% | ▮ |
| Total Advanced Bio | D5 | 2.37% | ▮ |
| Renewable Fuel | D6 | 8.30% | ▮ |
| Total | | 10.67% | ▮ |

There have been two previous un-retirement actions approved by EPA related to our 2018 RVO RIN retirements. The first was ▮▮▮▮ related to a correction to our RVO volume and the second un-retirement ▮▮▮▮ was related to the SRE we received for our Casper refinery (FID: 03580). Please see details below on these un-retirement actions:

| RINS UN-RETIRED 2018 COMPLIANCE | | | | | |
|---|---|---|---|---|---|
| | D3 | D4 | D5 | D6 | D7 |
| **2018** | | | | | |
| **Unretired** ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| TRANSACTION IDs | ▮ | ▮ | ▮ | ▮ | ▮ |
| **Unretired** ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| TRANSACTION IDs | ▮ | ▮ | ▮ | ▮ | ▮ |
| Subtotal Un-retired | ▮ | ▮ | | ▮ | ▮ |
| ▮ | <-Total all RINs Previously Unretired | | | | |

Below we detail the quantity of RINs retired and the quantity, related to the refinery production, that should be unretired and returned to our RIN holdings:

| RINS RETIRED | FOR 2018 | COMPLIANCE | | | |
|---|---|---|---|---|---|
| | D3 | D4 | D5 | D6 | D7 |
| **2018** | | | | | |
| RINS RETIRED TOTAL | ▮ | ▮ | ▮ | ▮ | ▮ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RINs Related to Butane Blending | | ■ | | ■ | | ■ | | ■ | ■ |
| Previously Unretired | ■ | | ■ | | ■ | | | ■ | |
| Previously Unretired | ■ | | ■ | | ■ | | | ■ | |
| RINs to be Unretired | | ■ | | ■ | | ■ | ■ | | ■ |
| | ■ | | <-Total RINs to be Unretired | | | | | | |

Best regards,

RCO Name:      Jack L. Barger

RCO Title:      Vice President Marketing and Supply

RCO Email:     ██████████

RCO Phone:    ██████

**Monty Bell**
Senior Manager

**Energy Compliance Services**
Weaver

██████████████

24 Greenway Plaza, Suite 1800 | Houston, TX 77046
weaver.com | LinkedIn | Download our free ECS app!

<image001.jpg>

---

DISCLAIMER: This message is confidential and may be privileged. If you are not an intended recipient, please notify the sender immediately by email or phone and permanently delete the message from your system before reviewing, copying, or distributing. You may call us at (800) 332-7952.

# EXHIBIT B

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| SINCLAIR WYOMING REFINING COMPANY LLC,  )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, )<br>)<br>Respondent. ) | Case No. _____ |

**RULE 26.1 STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1, Sinclair Wyoming Refining Company LLC certifies it is currently a wholly-owned subsidiary of Sinclair Oil LLC, which is a wholly-owned subsidiary of HF Sinclair Corporation, a publicly held company. No other publicly held company has a 10% or greater ownership interest in Sinclair Wyoming Refining Company LLC. During the year at issue in the challenged agency action and for which relief is sought, Sinclair Oil LLC (which was then known as Sinclair Oil Corporation) was a wholly-owned subsidiary of REH Company (which was then known as The Sinclair Companies). REH Company is a privately held corporation with no parent corporation.

-2-

Dated: May 24, 2022                    Respectfully submitted,

                                                 */s/ Jeffrey R. Holmstead*
Jeffrey R. Holmstead
Brittany M. Pemberton
BRACEWELL LLP
2001 M Street N.W.
Suite 900
Washington, D.C. 20036
(202) 828-5800 (telephone)
(202) 857-4812 (facsimile)
Jeff.Holmstead@bracewell.com
Brittany.Pemberton@bracewell.com

*Counsel for Petitioner*

## CERTIFICATE OF DIGITAL SUBMISSION

In accordance with the court's CM/ECF User's Manual, I hereby certify that:

1. all required privacy redactions have been made per Tenth Circuit Rule 25.5;

2. hard copies of these pleadings that may be required to be submitted to the court are exact copies of the ECF submissions; and

3. the ECF submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, CrowdStrike Version 6.37.15103.0, last updated on April 5, 2022, and according to the program are free of viruses.

                                                                   */s/ Jeffrey Holmstead*
                                                                   Jeffrey R. Holmstead

# CERTIFICATE OF SERVICE AND LIST OF RESPONDENTS

Pursuant to Federal Rules of Appellate Procedure 25 and Tenth Circuit Rule 25, I hereby certify that the foregoing Petition for Review and Rule 26.1 Statement has been served by United States certified mail, return receipt requested, this 24th day of May, 2022, upon each of the following:

Hon. Michael S. Regan, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

U.S. Environmental Protection Agency
Correspondence Control Unit
Office of General Counsel (2311)
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Hon. Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Hon. Todd Kim
Assistant Attorney General
Environmental and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

                                                          */s/ Jeffrey Holmstead*
                                                          Jeffrey R. Holmstead